■ In the Matter of LEVITTOWN UNITED TEACHERS, Respondent-Appellant, v BOARD OF EDUCATION, LEVITTOWN UNION FREE SCHOOL DISTRICT, Appellant-Respondent.—In a proceeding to confirm an arbitration award, the parties cross-appeal from an order of the Supreme Court, Nassau County, entered January 22, 1979, which, upon confirming the award, remanded the matter for a determination of the damages owing to each of the affected teachers. Order affirmed, with $50 costs and disbursements, payable to the petitioner. The arbitrator's award was thorough and well-reasoned but failed to specify which teachers were owed monetary damages and in what amounts. Special Term properly remanded the matter to the arbitrator for a determination of these issues, but since they are matters of record, about which seemingly there can be no dispute, it is suggested that the parties stipulate the facts before the arbitrator. Damiani, J. P., Titone, Gulotta and Shapiro, JJ., concur.

■ In the Matter of the Arbitration between JOHN McMILLAN, Respondent, and UNIONAMERICA REINSURANCE COMPANY, Appellant.—In a proceeding to confirm an arbitrator's award on a claim under the no-fault law (Insurance Law, § 670 *et seq.),* the Unionamerica Reinsurance Company appeals from a judgment of the Supreme Court, Queens County, dated December 18, 1978, which, *inter alia,* granted the petition. Judgment affirmed, with costs. Special Term correctly confirmed the arbitrator's award for the reasons stated by Mr. Justice Calabretta. Furthermore, the judgment properly provided that interest on the award continue to accrue at the rate of 2% per month "pursuant to statute", rather than at the legal rate of 6% per annum specified in CPLR 5004. CPLR 5004 expressly provides for the application of interest rates other than the legal rate of 6% per annum "where otherwise provided by statute." In the instant case, the interest rate of 2% per month applied by Special Term is prescribed by subdivision 1 of section 675 of the Insurance Law (see, also, 11 NYCRR 65.6 [g] [1]). Mollen, P. J., Damiani, O'Connor and Rabin, JJ., concur.